452 A.2d 1081

Matrese, Appellant v. Lehigh Valley R.R. Co., et al.

Argued June 22, 1982.  Gordon Morton, for appellant;  Anthony J. Ciotola, for appellees.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Order affirmed.